James J. Ramos, State Bar No. 252916
Email: *James.Ramos@GreshamSavage.com*
**GRESHAM SAVAGE NOLAN & TILDEN,**
**a Professional Corporation**
550 East Hospitality Lane, Suite 300
San Bernardino, California 92408
Telephone:  (909) 890-4499
Facsimile:   (909) 890-9877

Attorneys for Defendant,
ROWLAND CENTER INVESTMENT LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ROWLAND CENTER INVESTMENT LLC, a California limited liability company;; and DOES 1-10<br><br>Defendants. | USDC Case No. 2:21-cv-07021-JFW-SK<br><br>**ANSWER TO COMPLAINT**<br><br><br>Complaint Filed:  August 31, 2021<br>Trial Date:            None Set |

Defendant, **ROWLAND CENTER INVESTMENT LLC** (hereinafter "Defendant"), by and through its attorney of record, James Ramos, hereby answer to the Complaint filed by **GABRIELA CABRERA**, ("Plaintiff"), as follows:

1.  In answering Paragraph 1, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

2.  In answering Paragraph 2, Defendant admits the allegations thereof.

3.  In answering Paragraph 3, Defendant admits the allegations thereof.

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE.
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

1

USDC Case No. 2:21-cv-07021-JFW-SK
**ANSWER TO COMPLAINT**

4. In answering Paragraph 4, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

5. In answering Paragraph 5, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

6. In answering Paragraph 6, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

7. In answering Paragraph 7, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

8. In answering Paragraph 8, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

9. In answering Paragraph 9, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

10. In answering Paragraph 10, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

11. In answering Paragraph 11, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

12. In answering Paragraph 12, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE.
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

2

USDC Case No. 2:21-cv-07021-JFW-SK
**ANSWER TO COMPLAINT**

13. In answering Paragraph 13, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

14. In answering Paragraph 14, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

15. In answering Paragraph 15, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

16. In answering Paragraph 16, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

17. In answering Paragraph 17, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

18. In answering Paragraph 18, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

19. In answering Paragraph 19, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

20. In answering Paragraph 20, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

21. In answering Paragraph 21, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE.
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

3

USDC Case No. 2:21-cv-07021-JFW-SK
**ANSWER TO COMPLAINT**

22.	In answering Paragraph 22, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

23.	In answering Paragraph 23, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations

24.	In answering Paragraph 24, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

25.	In answering Paragraph 25, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

26.	In answering Paragraph 26, Defendant denies that there are violations on the subject property.  With respect to the remaining allegations in said Paragraph, is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

27.	In answering Paragraph 27, Defendant denies that there are violations on the subject property.  With respect to the remaining allegations in said Paragraph, is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

28.	In answering Paragraph 28, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

///

///

///

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE.
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

4

USDC Case No. 2:21-cv-07021-JFW-SK
**ANSWER TO COMPLAINT**

# FIRST CAUSE OF ACTION

## VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT OF 1990, 42 U.S.C. §12181 *et seq.* as amended by the ADA Amendments Act of 2008 (P.L. 110-325)

29. In answering Paragraph 29, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

30. In answering Paragraph 30, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

31. In answering Paragraph 31, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

32. In answering Paragraph 32, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

33. In answering Paragraph 33, Defendant denies that it failed to ensure that accessible facilities were available or ready to be used by Plaintiff and further denies that there are any violations on the subject property. With respect to the remaining allegations in said Paragraph, is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

34. In answering Paragraph 34, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

///
///
///
///

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE,
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

5

USDC Case No. 2:21-cv-07021-JFW-SK
ANSWER TO COMPLAINT

## SECOND CAUSE OF ACTION

## VIOLATION OF THE UCRA, CALIFORNIA CIVIL CODE §51 *et seq.*

35. In answering Paragraph 35, Defendant denies that it denied any laws. With respect to the remaining allegations in Paragraph 35, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

36. In answering Paragraph 36, Defendant is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

37. In answering Paragraph 37, Defendant denies that there are violations on the subject property. With respect to the remaining allegations in said Paragraph, is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

38. In answering Paragraph 38, Defendant denies that it engaged in any discrimination and further denies that it knowingly maintained the subject property in an inaccessible form. With respect to the remaining allegations in said Paragraph, is without sufficient information or belief to admit or deny said allegations and based upon such lack of information and belief, denies such allegations.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Sufficient Facts)

Plaintiff's Complaint does not state facts sufficient to constitute a cause of action against Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Mootness)

Plaintiff's causes of action have been rendered moot by subsequent events.

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE,
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

6

USDC Case No. 2:21-cv-07021-JFW-SK
**ANSWER TO COMPLAINT**

### THIRD AFFIRMATIVE DEFENSE
### (Plaintiff's Own Negligence)

Plaintiff's damages, if any, were caused by his own negligence.

### FOURTH AFFIRMATIVE DEFENSE
### (Others Responsible)

Other unnamed parties were/are responsible for the damages, if any, incurred by Plaintiff, and that said actions of others either bars or proportionally reduces any potential recovery.

### FIFTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

Plaintiff has failed to minimize and mitigate his alleged damages.

### SIXTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

Plaintiff has unclean hands and on account thereof is barred from seeking damages, if any, hereunder.

### SEVENTH AFFIRMATIVE DEFENSE
### (No Duty Owed)

Plaintiff is barred from recovery as public accommodation laws prohibit gross and invidious discrimination based upon physical handicaps but do not impose an affirmative duty on an owner of a place of public accommodations to make structural modifications in buildings to facilitate access to buildings by physically handicapped persons; legislative intent was that affirmative conduct be required only when directed by statutory sections dealing with construction of new facilities or with repair and alteration of existing facilities.

### EIGHTH AFFIRMATIVE DEFENSE
### (Alterations Not Readily Achievable)

Alterations are not readily achievable.

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE,
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

7

USDC Case No. 2:21-cv-07021-JFW-SK
**ANSWER TO COMPLAINT**

### NINTH AFFIRMATIVE DEFENSE

### (No Intent)

Defendant did not intentionally impede or prevent access.

### TENTH AFFIRMATIVE DEFENSE

### (No Attorney's Fees)

Plaintiff is not entitled to attorneys' fees under the Americans with Disabilities Act to the extent Plaintiff's remedy alleged barriers to access.

### ELEVENTH AFFIRMATIVE DEFENSE

### (No Prevention of Access)

Plaintiff's claims are barred because the alleged violations did not prevent Plaintiff from accessing the Property.

### TWELFTH AFFIRMATIVE DEFENSE

### (No Damages)

Plaintiff has not suffered any redressable harm.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (Reasonable Accommodations)

Defendant provided and provides reasonable accommodations for Plaintiff and others with disabilities.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Right to Assert Additional Defenses)

Defendant reserves the right to allege other affirmative defenses as they may arise during the course of discovery.

///
///
///
///
///
///

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE,
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

8

USDC Case No. 2:21-cv-07021-JFW-SK
**ANSWER TO COMPLAINT**

## **PRAYER**

WHEREFORE, Defendant prays that Plaintiff, take nothing by the way of the Complaint and that Defendant herein recover its costs and such other and further relief as the Court may deem just and proper.

Dated:  October 22, 2021          GRESHAM SAVAGE NOLAN & TILDEN, PC

By: /s/ JAMES J. RAMOS
    James J. Ramos
    Attorneys for Defendant,
    ROWLAND CENTER INVESTMENT LLC

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE.
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

9

USDC Case No. 2:21-cv-07021-JFW-SK
**ANSWER TO COMPLAINT**

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, I electronically filed the foregoing **ANSWER TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the ECF registrants at the email addresses indicated on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 22, 2021, San Bernardino, California.

 /s/ Carah Woodside
Carah Woodside
GRESHAM SAVAGE NOLAN & TILDEN, PC
550 East Hospitality Lane, Suite 300,
San Bernardino, CA  92408
(909) 890-4499   Fax: (909) 890-9877
Email: carah.woodside@greshamsavage.com

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE.
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

10

USDC Case No. 2:21-cv-07021-JFW-SK
**ANSWER TO COMPLAINT**

USDC Case No. 2:21-cv-07021-JFW-SK

### SERVICE LIST

| | |
|---|---|
| Manning Law, APC<br>20062 S.W. Birch St., Suite 200<br>Newport Beach, CA 92660 | Attorney For Plaintiff<br>GABRIELA CABRERA |

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE.
STE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499