# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA<br><br>Plaintiff(s),<br><br>v.<br><br>ROWLAND CENTER INVESTMENT LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-cv-07021-JFW-SK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __10/22/2021__

Document Number(s):   __15__

Title of Document(s):   __Answer__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1-1 No Notice of Interested Parties and/or no copies.

Other:

Counsel must comply with L.R 7.1-1

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _October 22, 2021_      By:  _/s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov_
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS